1  Bass, Quinn D.B.A. QUINN SHINDA BASS

2  c/o P.O. Box 166

3  Highland, Ca 92346

4  In Propria Persona

5  UNITED STATES DISTRICT COURT

6  CENTRAL DISTRICT OF CALIFORNIA RIVERSIDE

7  CASE#

8  Bass, QUINN D.B.A. QUINN S. BASS                Case No.: FSB19001352 (SUPERIOR COURT)

9  Petitioner,                       ED CR19-00321 DSF

10  vs.                                            NOTICE OF PROCEDURE FOR REMOVAL OF

11  THE PEOPLE OF THE STATE OF CALIFORNIA,         CRIMINAL PROSECUTIONS PURSUANT TO

12  RESPONDEAT SUPERIOR                            28 U.S.C. SUBSECTION 1455 (A)

13  Respondent(s)                   (FEDERAL QUESTION)

14

15  NOTICE OF REMOVAL

16  **TO THE CLERK IN THE ABOVE ENTITLED COURT:**

17          **TAKE PLEASE NOTICE** that petitioner Bass, Quinn D.B.A. QUINN S. BASS hereby removes to this

18  Court the State action below. A first amended Felony complaint was presented by SAN BERNARDINO COUNTY

19  DISTRICT ATTORNEY'S OFFICE, RESPONDEAT SUPERIOR during Preliminary Hearing Proceedings in the

20  above entitled case in SUPERIOR COURT OF CALIFONIA SAN BERNARDINO DISTRICT, RESPONDEAT

21  SUPERIOR. **(READ ATTACHMENT A)**; furthermore, during **"all proceeding"** leading up to Preliminary

22  Hearing (9/16/2019, DEPT. S-20, TIME: 8:30AM) including the actual Preliminary hearing itself, not one

23  SUPERIOR COURT OF CALIFORNIA SAN BERNARDINO DISTRICT JUDGE would take judicial notice on

24  My NOTICE OF INTERVENTION PURSUANT TO 28 U.S.C. 2403, and/or any Notice or Motion previously filed

25  in above entitled case. These actions are a violation of **Due Process of Law** (5th Amendment) **(READ**

26  **ATTACHMENT B, C, D.).**

27                E, F          **CAUSE OF ACTION / GROUND (s)**

28

NOTICE OF PROCEDURE FOR REMOVAL OF CRIMINA - 1

1 of 26

RECEIVED

SEP 18 2019

SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO

1  **FIRST CAUSE:** SUPERIOR COURT OF CALIFORNIA SAN BERNARDINO DISTRICT, RESPONDEAT

2  SUPRERIOR'S refusal to take Judicial Notice on my NOTICE TO INTERVENE PURSUANT TO 28 U.S.C

3  SUBSECTION 2403, REQUEST FOR JUDICIAL NOTICE OF ADJUDICATED FACTS IN ABOVE ENTITLED

4  CASE PURSUANT TO EVID. CODE SECTIONS 451, 452, AND 453 AND CA. RULES OF COURT RULE

5  3.1306(c), and every Notice and Motion I filed, is a violation of  U.S.C. ARTICLE VI and the 5TH AMENDMENT.

6  (GROUND 1.)

7  **SECOND CAUSE:** Due process of Law and Due Care are being ignored by SUPERIOR COURT OF

8  CALIFORNIA, RESPONDEAT SUPERIOR  as well as SAN BERNARDINO COUNTY DISTRICT

9  ATTORNEY'S OFFICE, RESPONDEAT SUPERIOR pursuant to U.S.C. ARTICLE I SECTION 10 CLAUSE 1.

10  (GROUND 2.)

11  **THIRD CAUSE: "Conflict of Interest"** pursuant to 18 U.S.C. SUBSECTION 208 (a) ACTS AFFECTING A

12  PERSONAL FINANCIAL INTEREST. Due to circumstances surrounding recent Dismissed Case# MSB18016651

13  (O. MICHAEL TAYLOR #50481 of the SAN BERNARDINO POLICE DEPARTMENT, RESPONDEAT

14  SUPERIOR, JUDGE MAZEREK OF SUPERIOR COURT OF CALIFORNIA, RESPONDEAT SUPERIOR, AND

15  MICHAEL RAMOS (FORMER) DISTRICT ATTORNEY FOR THE COUNTY OF SAN BERNARDINO are all

16  currently in Default through the Administrative Remedy Process and currently have a lien against them via UCC 1

17  financing statement through Washington State Secretary of State.

18      Wherefore, Petitioner Bass, Quinn D.B.A. QUINN S. BASS prays that this action be removed to the

19  UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF RIVERSIDE.

20  (GROUND 3.)

21  DATE: 18 SEPT. 2019

22

23

24

25  BY: _____ UCC 1-307 W.O.P.

26  WITHOUT UNITED STATES / WITHOUT RECOURSE

27

28

NOTICE OF PROCEDURE FOR REMOVAL OF CRIMINA - 2

2 OF 26

ATTACHMENT
A

ELECTRONICALLY FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO
09/13/2019

BY Gauthier, Julianne
DEPUTY CLERK

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO
SAN BERNARDINO JUSTICE CENTER DISTRICT

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, ) | |
| ) | |
| Plaintiff ) | FIRST AMENDED |
| ) | |
| vs. ) | FELONY COMPLAINT |
| ) | |
| Quinn Shinda Bass  (FSB19001352) ) | **COURT CASE NUMBER:** FSB19001352 |
| ) | DA CASE NO.  2019-00-0017853 |
| Defendant ) | |

The undersigned is informed and believes that:

### COUNT 1

On or about March 29, 2019, in the above named judicial district, the crime of RESISTING EXECUTIVE OFFICER, in violation of PENAL CODE SECTION 69, a felony, was committed by Quinn Shinda Bass, who did unlawfully attempt by means of threats and violence to deter and prevent Kelly Craig , who was then and there an executive officer, from performing a duty imposed upon such officer by law, and did knowingly resist by the use of force and violence said executive officer in the performance of his/her duty.

It is further alleged as to count(s) 1 that in the commission of the above offense the said defendant(s) Quinn Shinda Bass,  personally inflicted great bodily injury upon Kelly Craig , not an accomplice to the above offense, within the meaning of Penal Code Section 12022.7(a) and also causing the above offense to become a serious felony within the meaning of Penal Code Section 1192.7(c)(8).

"NOTICE:  This offense is a serious felony and a violent felony within the meaning of Penal Code sections 1192.7(c)(8) and 667.5(c)(8)."

Amended Complaint   DA CASE NO  2019-00-0017853

3  oF  26

\*\*\*\*\*

## COUNT 2

On or about March 29, 2019, in the above named judicial district, the crime of RESISTING EXECUTIVE OFFICER, in violation of PENAL CODE SECTION 69, a felony, was committed by Quinn Shinda Bass, who did unlawfully attempt by means of threats and violence to deter and prevent Corey Reveles , who was then and there an executive officer, from performing a duty imposed upon such officer by law, and did knowingly resist by the use of force and violence said executive officer in the performance of his/her duty.

\*\*\*\*\*

It is further alleged as to count(s) 1, 2 pursuant to Penal Code section 667.5(b) that the defendant(s) Quinn Shinda Bass, has suffered the following prior conviction(s):

| Court Case | Code/Statute | Conv Date | County | State | Court Type |
|---|---|---|---|---|---|
| FSB17002372 | PC 115 | 02/02/2018 | San Bernardino | CA | Superior |

 and that a term was served as described in Penal Code section 667.5 for said offense(s), and that the defendant(s) did not remain free of prison custody for, and did commit an offense resulting in a felony conviction during, a period of five years subsequent to the conclusion of said term.

\* \* \* \* \*

NOTICE TO DEFENDANT AND DEFENDANT'S ATTORNEY
Pursuant to Penal Code Sections 1054.5.(b), the People are hereby informally requesting that defense counsel provide discovery to the People as required by Penal Code Section 1054.3.
NOTICE TO ATTORNEY

Amended Complaint   DA CASE NO  2019-00-0017853

4  OF  26

The materials accompanying this notice may include information about witnesses.  If so, these materials are disclosed to you pursuant to Penal Code section 1054.2 which provides:  "No attorney may disclose or permit to be disclosed to a defendant the address or telephone number of a victim or witness whose name is disclosed to the attorney pursuant to subdivision (a) of Section 1054.1 unless specifically permitted to do so by the court after a hearing and a showing of good cause."

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT AND THAT THIS COMPLAINT CONSISTS OF 2 COUNT(S).

Executed at San Bernardino, California, on September 13, 2019.

Sheila Monjazeb
Sheila Monjazeb
DECLARANT AND COMPLAINANT

Agency:  SB Sheriff Vice/Narcotics/Gangs                    Prelim Est.  00:00

| Defendant | Birth Date | Booking No. | CII No. | NCIC |
|---|---|---|---|---|
| Quinn Shinda Bass | 03/09/1980 | 1903343266 | A28399562 | |

Page 3

Amended Complaint   DA CASE NO  2019-00-0017853

5   OF   26

ATTACHMENT B

QUINN BASS
P.O. BOX 483
SAN BERNARDINO CA 92402
PRO PER, PRO SE, INCLUSIVE:

FILE ON DEMAND
SUPERIOR COURT
COUNTY OF SAN BERNARDINO

MAY 13 2019

SUPERIOR COURT OF CALIFORNIA
SAN BERNARDINO DISTRICT

QUINN BASS
(PETITIONER)

V.

THE PEOPLE OF THE STATE OF CALIFORNIA
(RESPONDENT)

CASE # FSB19000352/MSB18016651

REQUEST FOR JUDICIAL NOTICE OF ADJUDICATED FACTS IN ABOVE ENTITLED CASE PURSUANT TO EVIDENCE CODE SECTIONS 452, AND 453, 451 AND CA. RULES OF COURT RULE 3.1306(c)

DATE 16 MAY 2019 TIME 8:30 AM

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD: PLEASE TAKE NOTICE THAT THE PETITIONER REQUEST THAT THE COURT, PURSUANT TO CALIFORNIA EVIDENCE CODE §§ 451 THROUGH 463 INCLUSIVE, TAKE JUDICIAL NOTICE OF THE FOLLOWING MATTERS FACTS AND DOCUMENTS IN CONNECTION WITH THE ADJUDICATED FACTS IN THE ABOVE ENTITLED COMPLAINT. 1. THE COURT IS REQUESTED TO RESPONDENTS NOTICE THE ADJUDICATED FACTS IN THE ABOVE ENTITLED CASE, IF ANY OF THE PEOPLE OF THE STATE OF CALIFORNIA'S COMPLAINT FILED WITH THE COURT AS CASE # FSB1900 352. 2. THE COURT IS REQUESTED TO JUDICIALLY NOTICE HE CONTENT OF, BUT NOT THE TRUTH, IF ANY OF ESPONDENTS COMPLAINT FILED WITH THE COURT IN THE 30VE-ENTITLED CASE NUMBER FSB19000352.
TE: 10 MAY 2019

X BY: QB UCC 1-308 W.O.P
PRO PER / PRO SE / SUI JURIS

(1)  6 OF 26
REQUEST FOR JUDICIAL NOTICE

ATTACHMENT
B

QUINN BASS
P.O. BOX 483
SAN BERNARDINO, CA 92402
PRO PER / PRO SE INCLUSIVE:

SUPERIOR COURT
COUNTY OF SAN BERNARDINO

MAY 13 2019

SUPERIOR COURT OF CALIFORNIA
SAN BERNARDINO    DISTRICT

QUINN BASS                    )   CASE # FSB19001352 / MSB18016651
          (PETITIONER)        )   AFFIDAVIT OF SUPPORT OF
                              )   CONSTITUTIONAL CHALLENGE TO
V.                            )   STATUTE BASED ON ARREST IN ABOVE
                              )   ENTITLED CASE PURSUANT TO RULE
PEOPLE OF THE STATE OF        )   5.1 (B) AND 28 U.S.C. § 2403
CALIFORNIA                    )
          (RESPONDENT)        )   DATE: 05/16/2019 TIME 8:30 AM

PETITIONER ALLEGES AND REALLEGES THAT ON 29 MARCH 2019 SGT. KELLY CRAIG ALONG WITH DEP. REVELLES OF THE SAN BERNARDINO COUNTY SHERIFF'S DEPT. WERE CONDUCTING A A GANG SWEEP WITH THE SAN BERNARDINO POLICE DEPT. RESPONDENT SUPERIOR WHEN THEY MADE CONTACT; FURTHERMORE, PETITIONER ALLEGES HE AND HIS WIFE WERE PARKED STATIONARY IN A PARKING LOT (PRIVATE OWNED BUSINESSES) WHEN AGENTS MADE CONTACT. THERE WAS NO EMERGENCY, NO INJURED PARTY; THEREFORE NO PROBABLE CAUSE. PETITIONER REALLEGES WHEN QUESTIONING DEPUTIES IN REGARDS TO PROBABLE CAUSE ( SUSPICION OF CRIME / JURISDICTION). DEPUTIES DRAWN FIREARM (REVELLES) THREATENING PETITIONER AND WIFE'S LIFE; FURTHERMORE, FORCING PETITIONER

7 of 26

(1)    AFFIDAVIT OF SUPPORT OF

AND SPOUSE OUT OF PRIVATE AUTOMOBILE, NOT BEFORE NOTIFYING DEPUTIES WINDOW WOULD NOT ROLE DOWN DUE TO PANEL MALFUNCTION. PETITIONER ALLEGES DEPUTIES FORCED HIM AND HIS SPOUSE IN AN UNMARKED VEHICLE; FURTHERMORE, INJURING PETITIONER DURING ALLEGED FRIVOLOUS FALSE ARREST DURING TRANSITION FROM PRIVATE CAR (OWNED BY PETITIONER) TO UNMARKED CAR AS WELL AS WHEN IN CUSTODY (ALREADY IN BACK OF UNMARKED VEHICLE WHEN ATTACKED AGAIN BY A THIRD DEPUTY; PETITIONER WAS CHARGED SOON AFTER WITH PC 69 WITH NO INITIAL CHARGE. PETITIONER ALLEGES THAT HIS AND WIFE'S 1ST, 4TH, 5TH, 8TH, 9TH AMENDMENT RIGHTS WERE VIOLATED; FURTHERMORE THE SAN BERNARDINO COUNTY SHERIFF'S DEPT. RESPONDEAT SUPERIOR AND SAN BERNARDINO POLICE DEPT. RESPONDEAT SUPERIOR ARE IN VIOLATION OF 42 U.S.C. §1983, AND 42 U.S.C. § 1985 THRU THE ACTIONS OF DEPUTY REVELLES AND SGT. KELLY (NOTICE TO AGENT IS NOTICE TO PRINCIPLE AND NOTICE TO PRINCIPLE IS NOTICE TO AGENT). BEFORE BEING BOOKED IN WEST VALLEY DENTENTION CENTER PETITIONER WAS TREATED AT ARROWHEAD MEDICAL (FONTANA) FOR A SPRAINED RIGHT WRIST AND PEPPER SPRAY TO THE EYES. PETITIONER PRIVATE CAR WAS TOWED FROM PARKING LOT ~~ADDRESS~~ TO S.B.P.D. CONTRACTED HAVES TOWING (TOW COMPANY REFUSES TO RELEASE PRIVATE AUTOMOBILE WITHOUT PAYMENT PETITIONER ALLEGES IS NOT RESPONSIBLE FOR. WIFE ALSO CHARGED WITH FRIVOLOUS MISDEMENDR OBSTRUCTION WITH NO PROBABLE CAUSE. PETITIONER MOVES COURT TO CONSOLIDATE

(7)
8
AFFIDAVIT OF SUPPORT OF
of 26

CASE# MSB1801651 WITH CASE# FSB19001352
DUE TO THE FACTS THAT ELEMENTS OF BOTH CASES
ARE SIMILAR. AND WILL REDUCE TIME AND COURT
COST.

MEMORANDUM OF POINTS AND AUTHORITIES

FIRST AMENDMENT: TO PETITION THE GOVERNMENT
FOR REDRESS OF GRIEVANCES

FOURTH AMENDMENT: SECURE FROM UNREASONABLE
SEARCHES AND SEIZURES OF PROPERTY BY THE
GOVERNMENT. IT PROTECTS AGAINST ARBITRARY ARREST

FIFTH AMENDMENT: BE PART OF ANY PROCEEDINGS
THAT DENIES A CITIZEN OF LIFE, LIBERTY OR
PROPERTY AND REQUIRES THE GOVERNMENT TO
COMPENSATE CITIZENS WHEN IT TAKE PRIVATE
PROPERTY FOR PUBLIC USE.

EIGTH AMENDMENT: EXCESSIVE BAIL SHALL NOT
BE REQUIRED, NOR CRUEL AND UNUSUAL
PUNISHMENT INFLICTED.

NINTH AMENDMENT: THE ENUMERATION IN THE
CONSTITUTION OF CERTAIN RIGHTS, SHALL NOT
BE CONSTRUED TO DENY OR DISPARGE OTHERS
RETAINED BY THE PEOPLE.

42 U.S.C. § 1983: CIVIL ACTION FOR DEPRIVATION
OF RIGHTS. EVERY PERSON WHO, UNDER COLOR
OF ANY STATUTE, ORDINANCE, REGULATION,
CUSTOM, OR USAGE, OF ANY STATE OR
TERRITORY OR THE DISTRICT OF COLOMBIA, SUBJECTS
OR CAUSES TO THE SUBJECTED ANY CITIZEN
OF THE UNITED STATES OR OTHER PERSON
WITHIN THE JURISDICTION THEREOF TO THE

(3)    AFFIDAVIT OR SUPPORT OF
9    CONSTITUTIONAL CHALLENGE TO STATUTE
of 26

Risk Management 2019-06-04 11:01:27

MEMORANDUM OF POINTS AND AUTHORITIES cont.
DEPRIVATION OF ANY RIGHTS, PRIVILEGES, OR IMMUNITIES
SECURED BY THE CONSTITUTION AND LAWS, SHALL BE
LIABLE TO THE PARTY INJURED IN ANY ACTION
AT LAW, SUIT IN EQUITY OR OTHER PROPER
PROCEEDING FOR REDRESS EXCEPT THAT IN ANY
ACTION BROUGHT AGAINST A JUDICIAL OFFICERS
FOR AN ACT OR OMISSION TAKEN IN SUCH
OFFICERS JUDICIAL CAPACITY, INJUNCTIVE RELIEF
SHALL NOT BE GRANTED UNLESS DECLARATORY
DECREE WAS VIOLATED OR DECLARATORY RELIEF
WAS UNAVAILABLE.
42 U.S.C. § 1985(3): CONSPIRACY TO INTERFERE
WITH CIVIL RIGHTS (3) DEPRIVING PERSONS OF RIGHTS
OR PRIVILEGES; ~~IF ONE OR MORE PERSONS~~
CAUSE TO BE DONE, ANY ACT IN FURTHERANCE
OF THE OBJECT OF SUCH CONSPIRACY, WHEREBY
ANOTHER IS INJURED IN HIS PERSON OR PROPERTY OR
DEPRIVED OF HAVING AND EXERCISING ANY RIGHT
OR PRIVILEGE OF A CITIZEN OF THE UNITED STATES,
THE PARTY SO INJURED OR DEPRIVED MAY HAVE
AN ACTION FOR THE RECOVERY OF DAMAGES
OCCASIONED BY SUCH INJURY OR DEPRIVATION,
AGAINST ANY ONE OR MORE CONSPIRATORS.
U.S.C. RULE 5.1 (B) : A STATE STATUTE IS
QUESTIONED AND THE PARTIES DO NOT INCLUDE
THE STATE ONE OF ITS AGENCIES OR ONE OF
ITS OFFICERS OR EMPLOYEES IN AN OFFICIAL
CAPACITY.
~~PC 1048: MOTION TO CONSOLIDATE CASES:~~

(4)

AFFIDAVIT OF SUPPORT OF
10   of   26

MEM. OF POINTS AND AUTHORITIES CONT.

U.S.C. ARTICLE VI : THIS CONSTITUTION, AND LAWS OF THE UNITED STATES WHICH SHALL BE MADE IN PURSUANCE THEREOF; AND ALL TREATIES MADE, UNDER THE AUTHORITY OF THE UNITED STATES SHALL BE THE SUPREME LAW OF THE LAND; AND THE <u>JUDGES IN EVERY STATE</u> SHALL BE BOUND THEREBY ANYTHING IN THE CONSTITUTION OR LAWS OF ANY STATE TO THE CONTRARY NOTWITHSTANDING.

U.S.C. TITLE 18 § 31 SECTION 6 AND 10 :   6). THE TERM "MOTOR VEHICLE" MEANS EVERY DESCRIPTION OF CARRIAGE, OR DRAWN BY MECHANICAL POWER AND USED FOR <u>COMMERCIAL PURPOSES</u> ON THE HIGHWAYS IN THE TRANSPORTATION OF PASSENGERS, PASSAGERS AND PROPERTY OR CARGO. 10. "USED FOR COMMERCIAL PURPOSES" MEANS THE CARRIAGE OF PERSONS OR PROPERTY FOR ANY FARE, FEE RATE, CHARGE, OR OTHER CONSIDERATION, OR DIRECTLY OR INDIRECTLY IN CONNECTION WITH ANY BUSINESS, OR OTHER UNDERTAKING INTENDED FOR PROFIT.

"THE USE OF A HIGHWAY FOR THE PURPOSE OF TRAVEL AND TRANSPORTATION IS NOT A MERE PRIVELAGE BUT A COMMON FUNDAMENTAL RIGHT OF WHICH THE PUBLIC AND INDIVIDUALS CANNOT RIGHTFULLY BE DEPRIVED." - CHICAGO MOTOR COACH V. CHICAGO, 169 NE 221.

THE RIGHT OF THE CITIZEN TO TRAVEL UPON THE PUBLIC HIGHWAYS AND TO TRANSPORT HIS PROPERTY THEREON IN THE ORDINARY COURSE OF LIFE AND BUSINESS, IS A COMMON RIGHT WHICH HE HAS UNDER THE RIGHT TO ENJOY LIFE, LIBERTY AND TO ACQUIRE AND POSSESS PROPERTY, AND TO PURSUE HAPPINESS

(5)   AFFIDAVIT OF SUPPORT OF CONSTITUTIONAL CHALLENGE ※ TO STATE

11 OF 26

MEM. OF POINTS AND AUTHORITIES CONT
AND SAFETY. IT INCLUDES THE RIGHT, IN SO DOING TO USE THE
ORDINARY AND USUAL CONVEYANCES OF THE DAY, AND

UNDER THE EXISTING MODES OF TRAVEL, INCLUDES THE
RIGHT TO DRIVE A HORSE DRAWN CARRIAGE OR WAGON
THEREON OR TO OPERATE AN AUTOMOBILE THEREON, FOR
THE USUAL AND ORDINARY PURPOSE OF LIFE AND BUSINESS."
- THOMPSON V. SMITH, 154 SE 579 11.

" THE CLAIM AND EXERCISE OF A CONSTITUTIONAL RIGHT
CANNOT BE CONVERTED INTO A CRIME."- MILLER V. US, 230
F 486, 489.
"WHERE RIGHTS SECURED BY THE CONSTITUTION ARE INVOLVED,
THERE CAN BE NO RULE MAKING OR LEGISLATION WHICH
WOULD ABROGATE THEM."- MIRANDA V. ARIZONA, 384 US 486,
489
" THERE CAN BE NO SANCTION OR PENALTY IMPOSED UPON ONE
BECAUSE OF THIS EXERCISE OF CONSTITUTIONAL RIGHTS."-
SNERER V. CULLEN 481 F. 946

" PERSONAL LIBERTY -- CONSISTS OF THE POWER OF LOCOMOTION,
OF CHANGING SITUATIONS, OF REMOVING ONE'S PERSON TO
WHATEVER PLACE ONE'S INCLINATION MAY DIRECT,
WITHOUT IMPRISONMENT OR RESTRAINT UNLESS BY
DUE PROCESS OF THE LAW." - BOUVIER'S LAW DICTIONARY,
BLACK'S LAW DICTIONARY 5th EDITION; BLACKSTONE'S
COMMENTARY 134; HARE, CONSTITUTION PG. 777

(6) AFFIDAVIT OF SUPPORT OF
CONSTITUTIONAL CHALLENGE TO STATUTE

Risk Management 2019-06-04 11:01:27

MEM. OF POINTS AND AUTHORITIES CONT.
WHEN ACTIONS INVOLVING A COMMON QUESTION OF LAW OR
FACT ARE PENDING BEFORE THE COURT IT MAY ORDER A JOINT
HEARING OR TRIAL OF ANY OR ALL THE MATTERS IN ISSUE
IN THE ACTIONS; IT MAY ORDER ALL ACTIONS CONSOLIDATED
AND IT MAY MAKE SUCH ORDERS CONCERNING PROCEEDINGS
THERIN AS MAY TEND TO AVOID UNECESSARY COST
OR DELAY."~ PC 1048 MOTION TO CONSOLIDATE CASES.
28 U.S.C. § 2403, INTERVENTION BY UNITED STATES
OR A STATE (CALIFORNIA); CONSTITUTIONAL QUESTION:
THE COURT SHALL CERTIFY SUCH FACT TO THE ATTORNEY
GENERAL, AND SHALL CERTIFY/PERMIT THE UNITED STATES
TO INTERVENE FOR PRESENTATION OF EVIDENCE IS
OTHERWISE ADMISSIBLE IN THE CASE, AND FOR
ARGUMENT ON THE QUESTION OF CONSTITUTIONALITY.
THE UNITED STATES SHALL, SUBJECT TO THE
APPLICABLE PROVISIONS OF LAW, HAVE ALL THE RIGHTS
OF A PARTY AS TO COURT COSTS TO THE EXTENT NECESSARY
FOR A PROPER PRESENTATION OF THE FACTS AND LAW RELATING
TO THE QUESTION OF CONSTITUTIONALITY.

DECLARATION: I DECLARE THE FOREGOING TO BE TRUE AND
CORRECT UNDER THE PENALTY OF PERJURY (READ ATTACHED FILES)
PRAYER; I PRAY THE HONORABLE COURT HONORS MOTION(S)

DATE 10 MAY 2019     X BY: _____ UCC 1-308 W.O.P.
                     PRO PER/PRO SE/SUI JURIS

(7) AFFIDAVT OF SUPPORT OF
CONSTITUTIONAL CHALLENGE TO STATUTE

13   OF   26

ATTACHMENT
O

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO
SAN BERNARDINO DISTRICT

AUG 0 5 2019

BY _Kaylee Est_
DEPUTY

1 | Bass, Quinn D.B.A. QUINN S. BASS

2 | c/o P.O. Box 483

3 | San Bernardino, Ca 92402

4 | In Propria Persona

5 | SUPERIOR COURT OF CALIFORNIA

6 | COUNTY OF SAN BERNARDINO DISTRICT

7 | Bass, Quinn D.B.A. QUINN S. BASS          ( CASE No. FSB19001352/MSB18016651

8 |            (Petitioner/Intervenor)        ( NOTICE OF INTERVENTION PURSUANT TO

9 | V                                         ( 28 U.S. CODE SUBSECTION 2403

10 |                                          (

11 | THE PEOPLE OF THE STATE OF               (

12 | CALIFORNIA, RESPONDEAT SUPERIOR          (

13 |            (Respondents)                 (

14 |                                          ( DATE: 15 AUGUST 2019 TIME: 8:30am Dept: S-2

15 | COMES NOW the **Petitioner** ("Intervenor") Bass, Quinn D.B.A. QUINN S. BASS

16 | (hereinafter "Relator") to notify this Court of Intervenor's **intervention of**

17 | **right**, effected pursuant to 28 U.S.C. 2403(a)(b), and to provide timely

18 | written Notice to all interested Parties of same.

19 | The following meritorious issues warrant formal intervention by the

20 | State of California (State Government) and/or the United States

21 | (Federal government), to wit:

22 |

23 |    1. The Petitioner's unalienable rights; protected by, the organic

24 |       United States Constitution along with the State of California

25 |       Constitution of 1849 were violated by SAN BERNARDINO COUNTY

26 |       SHERIFF DEPUTIES. SGT. CRAIG, KELLY #B5842, AND DEP. REVELES

27 |       #C9640, RESPONDEAT SUPERIOR on March 29th 2019 on or around 5pm.

28 |

NOTICE OF INTERVENTION PURSUANT TO 28 U.S.C. 2403 (A)(B)

1 of 6

14 OF 26

a. SAN BERNARDINO POLICE DEPT., RESPONDEAT SUPERIOR WERE
   CONDUCTING A SMASH/GANG SWEEP THAT SAN BERNARDINO COUNTY
   SHERIFF DEPUTIES, RESPONDEAT SUPERIOR took part in;
   furthermore,

b. agents made contact with NO PROBABLE CAUSE (NO emergency, NO
   injured party, NO signed warrant by a judge specifying what
   person(s) and/or property to be searched, and/or seized.

c. Take notice that these violations include (but not limited
   to): "Denial of Rights Under Color of Law-

d. {18 U.S.C. subsection 242} which states: provides that
   whoever, under the color of any law, statute, ordinance,
   regulation, or custom, willfully subjects any person in any
   State, Territory, Commonwealth, Possession, or District to the
   deprivation of any rights, privileges, or immunities secured
   or protected by the Constitution or laws of the United
   States…shall be fined under this title or imprisoned not more
   than a year or both.

   {18 U.S.C. subsection 245} provides that Whoever, whether or
   not acting under the color of law, intimidates or interferes
   with any person from participating in or enjoying any benefit,
   service, privilege, program, facility, or activity provided or
   administered by the United States; or applying for or any
   perquisite thereof, by any agency of the United States; shall
   be fined under this title, or imprisoned not more than one
   year, or both.

NOTICE OF INTERVENTION PURSUANT TO 28 U.S.C. 2403 (A)(B)

15 of 26
2 of 6

{42 U.S.C subsection 1983} provides that every person who, under the color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Colombia, subjects or causes to subjected, any citizen of the United States or other persons within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit of equity, or other proper proceeding for redress.

{42 U.S.C. subsection 1985}**(3) DEPRIVING PERSONS OF RIGHTS OR PRIVILEGES: PROVIDES THAT** If two or more persons in any State or Territory conspire or go in disguise on the highway or on the premises of another, for the purpose of depriving, either directly or indirectly, any person or class of persons of the equal protection of the laws, or of equal privileges and immunities under the laws; or for the purpose of preventing or hindering the constituted authorities of any State or Territory from giving or securing to all persons within such State or Territory the equal protection of the laws; or if two or more persons conspire to prevent by force, intimidation, or threat, any citizen who is lawfully entitled to vote, from giving his support or advocacy in a legal manner, toward or in favor of the election of any lawfully qualified person as an elector for President or Vice President, or as a Member of Congress of the United States; or to injure any citizen in person or property on account of such support or advocacy; in any case of conspiracy set forth in this section, if one or more persons engaged therein do, or cause to be done, any act in furtherance of the object of such conspiracy, whereby another is injured in his person or

NOTICE OF INTERVENTION PURSUANT TO 28 U.S.C. 2403 (A)(B)

16 of 26

3 of 6

property, or deprived of having and exercising any right or privilege of a citizen of the United States, the party so injured or deprived may have an action for the recovery of damages occasioned by such injury or deprivation, against any one or more of the conspirators.

**Constitution of California of 1849 Declaration of rights violations:**

**Article I Sec. 1**– All men are by nature free and independent, and have certain inalienable rights, among which are those of enjoying and defending life and liberty, acquiring, possessing, and protecting property: and pursuing and obtaining safety and happiness.

**Article I Sec. 8**– No person shall be held to answer for a capital or otherwise infamous crime, (except in cases of impeachment, and in cases of militia when in actual service, and the land naval forces in time of war, or which this State may keep with the consent of Congress in time of peace, and in cases of petit larceny under the regulation of the Legislature) unless on presentment or indictment of a grand jury; and in any trial in any court whatever, the party accused shall be allowed to appear and defend in person and with counsel, as in civil actions. No person shall be subject to be twice put jeopardy for the same offence; nor shall he be compelled, in any criminal case, to be a witness against himself, nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use without just compensation.

**Article I Sec. 16** – No bill of attainder, ex post facto law, or law impairing the obligation of contracts, shall ever be passed.

**Article I Sec. 19** – The right of the people to be secure in their persons, houses, papers and effects, against unreasonable seizures and

NOTICE OF INTERVENTION PURSUANT TO 28 U.S.C. 2403 (A)(B)

searches, shall not be violated; and no warrant shall issue but on probable cause, supported by oath or affirmation, particularly describing the place to be searched, and the persons and things to be seized

## MEMORANDUM OF POINTS AND AUTHORITIES:

### NOTICE OF INTERVENTION BY STATUTORY RIGHT

Intervenor hereby notoriously exercises its statutory right to intervene, pursuant to the Federal statute at 28 U.S.C. 2403(a)(b), to wit:

2. {28 U.S.C. SUBSECTION 2403 (A) (B)} A) In any action, suit or proceeding in a court of the United States to which the United States or any agency, officer or employee thereof is not a party, wherein the constitutionality of any Act of Congress affecting the public interest is drawn in question, the court shall certify such fact to the Attorney General, and shall permit the United States to intervene for presentation of evidence, if evidence is otherwise admissible in the case, and for argument on the question of constitutionality. The United States shall, subject to the applicable provisions of law, have all the rights of a party and be subject to all liabilities of a party as to court costs to the extent necessary for a proper presentation of the facts and law relating to the question of constitutionality. (b In any action, suit, or proceeding in a court of the United States to which a State or any agency, officer, or employee thereof is not a party, wherein the constitutionality of any statute of that State

NOTICE OF INTERVENTION PURSUANT TO 28 U.S.C. 2403 (A) (B)

affecting the public interest is drawn in question, the court shall

certify such fact to the attorney general of the State, and shall

permit the State to intervene for presentation of evidence, if

evidence is otherwise admissible in the case, and for argument on the

question of constitutionality. The State shall, subject to the

applicable provisions of law, have all the rights of a party and be

subject to all liabilities of a party as to court costs to the

extent necessary for a proper presentation of the facts and law

relating to the question of constitutionality.

### Declaration/Verification

I declare under the penalty of perjury the foregoing to be true
and correct.

PRAYER

Petitioner prays that the court honor's Petitioner's unalienable
rights protected by the organic United States Constitution and
the California Constitution of 1849.

DATE: 03 August 3, 2019

X _By: Q.Ba UCC 1-308) W.O.P._
WITHOUT UNITED STATES / WITHOUT / SUI
RECOURSE / JURIS

NOTICE OF INTERVENTION PURSUANT TO 28 U.S.C. 2403 (A)(B)

19 OF 26

6 OF 6

*ATTACHMENT E*

*(2ND WARNING)*

| Form **COL** | **Violation Warning** |
| | **Denial of Rights Under Color of Law** |
| | ▶ Violation Warning—[18 U.S.C. §242; 18 U.S.C. §245; 42 U.S.C. §1983] |

Name and c/o address of injured party
Quinn Boss
c/o P.O. Box 483
SAN BERNARDINO CA 92402

Name and address of Notice Recipient DEPUTY D.A. NORMA ALEX
OF THE SAN BERNARDINO COUNTY DISTRICT ATTORNEY'S
OFFICE RESPONDEAT SUPERIOR, 303 W. 3RD ST 92415
MAGISTRATE RICHARD PEEL OF SUPERIOR COURT CA. SAN BERN.

Injured party's statement: MAGISTRATE PEEL DEPT. S-4 OF SUPERIOR COURT RESPONDEAT SUPERIOR
LOCATED AT 247 W. 3RD ST. SAN BERNARDINO, CA 92415 AND DEP. D.A. NORMA ALEX OF THE
SAN BERNARDINO COUNTY DISTRICT ATTORNEY'S OFFICE RESPONDEAT SUPERIOR ARE IN VIOLATION OF
MY UNVIENABLE RIGHTS PROTECTED BY THE CALIFORNIA CONSTITUTION (1879) AND BECAUSE

I certify under penalty of perjury under the laws of the United States of America that the forgoing is true
and correct.        U.S. CONSTITUTION.

Injured party's signature

▶ By: Quinn Boss W.O.P. / WITHOUT RECOURSE        Executed on ▶ 02 JULY 2019

## Legal Notice and Warning

**Federal law provides that it is a crime to violate the Rights of a person under the color-of-law. You can be arrested for this crime and you can also be held personally liable for civil damages.**

Attempting to cause a person to do something by telling that person that such action is required by law, when it is not required by law, may be a felony.

[18 USC §242] provides that whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States
... shall be fined under this title or imprisoned not more than one year, or both.

[18 USC §245] provided that Whoever, whether or not acting under color of law, intimidates or interferes with any person from participating in or enjoying any benefit, service, privilege, program, facility, or activity provided or administered by the United States; [or] applying for or enjoying employment, or any perquisite thereof, by any agency of the United States; shall be fined under this title, or imprisoned not more than one year, or both.

[42 USC §1983] provides that every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress.

**Warning,** you may be in violation of Federal Law and persisting with your demand may lead to your arrest and/or civil damages! Also understand that the law provides that you can be held personally responsible and liable, as well as your company or agency.

**You are advised** to cease and desist with your demand and to seek *personal* legal counsel if you do not understand the law.

Notice of Service:
I, _____certify that I personally delivered this notice to above named recipient
and address on _____at _____.

Privacy Form COL(01) ~ Without the United States

ATTACHMENT 1 (CASE # FSB19000352)
20 OF 26



ATTACHMENT
F


RECEIVED
JUL 1 2 2019
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO
COURT EXECUTIVE OFFICE

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO**

### PUBLIC COMMENT & COMPLAINT FORM

Date: 12 JULY 2019

Name: QUINN BASS     S.B. Superior Court Case # FSB19001552/MSB1801665
Address: 40 P.O. BOX 483     City: SAN BERNARDINO
State: CA   Zip Code: 92402   Primary Phone: _____   Cell #: (909)534-2022
E-Mail Address: _____

Comment and/or Complaint:

I BASS QUINN DOING BUSINESS FOR QUINN SHINDA BASS SHOWED UP TODAY FOR EX PARTE HEARING ON MOTION TO BE HEARD ON JUDICIAL NOTICE FILED ON 05 JULY 2019 ALONG WITH EVERY MOTION AND NOTICE I PREVIOUSLY FILED SINCE 13 MAY 2019. MAGISTRATE BILASH (S-2) AND ALL MAGISTRATES IN SUPERIOR COURT OF CA. SAN BERNARDINO DISTRICT RESPONDENT SUPERIOR REFUSED/DECLINED/NEGLECTED TO HEAR MY CASE, EVEN AFTER I DEMANDED TO SEE A MAGISTRATE; FURTHERMORE THESE ACTIONS ARE A CLEAR VIOLATION OF MY UNALIENABLE RIGHTS; PROTECTED BY THE CONSTITUTION OF CALIFORNIA (1849) AND ORGANIC U.S. CONSTITUTION.

I ORIGINALLY WAS HERE ON SPECIAL APPEARANCE FOR JUDICIAL NOTICE TO BE HEARD. NOW I DEMAND CASE(S) FSB19001552/MSB1801665 BE DISMD

Signature: BY: QB DEC 1-308 W.O.P. QB JULY 2019 DISMISSED
WITHOUT RECOURSE/SUI JURIS    Date: JULY 2019    WITH EXTREM
PREJUDICE.

**Superior Court of California, County of San Bernardino**

**Court Executive Office – 247 W. Third Street, 11ᵗʰ Floor San Bernardino, CA. 92415**

Revised 10/28/2015

21 OF 26

ATTACHMENT 6

## ARROWHEAD REGIONAL MEDICAL CENTER
### 400 N. Pepper Ave., Colton, CA 92324

**Name: BASS,QUINN**
Medical Record #: M002231100
Account #: V00011639249
Date of Visit: 03/29/19

**Report: PDOC: ETR Report**

**Name: BASS,QUINN**
DOB 03/09/1980
Medical Record #: M002231100
Account #: V00011639249
Date of Visit: **03/29/19**

Report: PDOC: ETR Report
## General
**Chief Complaint:** Jail Check ED
**Stated Complaint:** BIBPC/JAILCHECK
**Time Seen by MD:** 20:31
**History Source:** Patient, Nurse

## History of Present Illness
**Context:**
39-year-old male denies past medical history other than stated tendinitis
unspecified presents to emergency department for jail check evaluation.
Patient states that at time of admission to jail patient stated that he
had right wrist pain after being arrested.
States that while being arrested his wrist got twisted and therefore has
had pain.  Denies history of fracture or injury to this arm in the past.
Denies right upper extremity numbness tingling weakness change to grip
strength or extension flexion of fingers.
**Location:** Right wrist pain
**Severity:** 6/10
**Quality:** aching
**Duration:** 4 hours estimated
**Timing:** acute onset of pain/gradual onset swelling
**Modifying Factors:** see above
**Associated Signs & Symptoms:** see above

## Past Medical, Family, Social
**Medical History: Other** ("tendonitits")
**Surgical History:** No pertinent history
**Pschysocial History:** No pertinent history
**Significant Family History:** No pertinent history
**Smoking:** Non-smoker
**Alcohol:** None
**Drugs:** None

## Review of Systems
**Constitutional: Other**
**EENTM:** No symptoms reported
**Respiratory:** No symptoms reported
**Cardiovascular:** No symptoms reported
**Gastrointestinal:** No symptoms reported
**Genitourinary:** No symptoms reported
**Musculoskeletal: Other**

22 of 26

ATTACHMENT 6

**Name: BASS,QUINN**
Medical Record #: M002231100
Account #: V00011639249
Date of Visit: 03/29/19

**Report: PDOC: ETR Report**

**Skin:** No symptoms reported
**Psychiatric/Neurological:** No symptoms reported
**Hematologic/Lymphatic:** No symptoms reported
**Immunologic/Allergic:** No symptoms reported

## Physical Exam
### Vital Signs

### Vital Signs

| Date Time | Temp | Pulse | Resp | B/P (MAP) | Pulse Ox | O2 Delivery | O2 Flow Rate | FiO2 |
|---|---|---|---|---|---|---|---|---|
| 3/29/19 20:29 | 98.4 | 58 | 16 | 145/84 | 99 | Room Air | | |
| 3/29/19 20:29 | 98.4 | 58 | 16 | 145/84 | 99 | Room Air | | |

**Vital Signs Reviewed:** Yes
**Pulse OX:** WNL
**Constitutional:** Normal: **Development, Consciousness, Behavior for Age, Non-toxic**
**Eyes:** Normal: **Lids, Conjunctiva, PERRL** (3/2 equal bilaterally no nystagmus hyphema or subconjunctival hemorrhage), **EOM** ( no evidence of entrapment), **Other** (No evidence of facial trauma scalp hematomas)
**ENMT:** Normal: **External ears, TM's, Canals, External nose**
**Respiratory:** Normal: **Respiratory Effort** (Speaking full sentences with ease, no evidence respiratory distress, equal rise and fall of the chest ,lungs clear to auscultation bilaterally.), **Breath sounds, Palpatation of chest, Chest symmetry/expansion**
**Cardiovascular:** Normal: **Rate, Heart sounds, Pulses** (Radial pulses 2+ equal bilaterally cap refill less than 2 seconds)
**Musculoskeletal:** Normal: **Neck, LUE, RLE, LLE, Back, Gait/Station,**
        Abnormal: RUE (Bony tenderness palpation generalized right wrist.  No gross deformities no evidence of dislocations or open fractures.No evidence of tendon injury extension flexion of fingers.  No bony tenderness palpation over right clavicle shoulder humerus elbow forearm hand or fingers.  5 out of 5 equal grips)
**Neurologic:** Normal: **Alertness, GCS** (15), **Motor strength, Sensory, Coordination, CN II-XII, Other** (Alert and oriented x3 GCS 15 no evidence of focal deficits no slurred speech no facial droop out of 5 equal x4 extremities AIN PIN ulnar grossly intact equal bilaterally)
**Psychiatric:** Normal: **Mood, Behavior for age**
**Skin:** Normal: **Color, Temperature, Hydration, Other** (Skin intact no evidence of lacerations abrasions contusions)

## Critical Care

  **Critical Care Utilized?:** No
**Time exclusive of**
Teaching and Procedures

## Course/MDM
### Current Orders/Meds

Current Medications
Acetaminophen/ Hydrocodone Bitart (Norco 5) 5 mg ONCE  ONCE PO;  Start 3/29/19 at 21:00;  Stop 3/29/19 at 21:06;  Status DC
Ibuprofen (Motrin) 800 mg ONCE  ONCE PO Last administered on 3/29/19at 21:14; Admin Dose 800 MG;  Start 3/29/19 at 21:10;  Stop 3/29/19 at 21:11;  Status DC

Orders
Hydrocodone Bit/Acetamin 5/325 (Norco 5) (3/29/19 21:00)
Wrist Rt Comp Min 3 Vw (3/29/19 20:59)

PAGE 2 of 4

23 OF 26

ATTACHMENT 5

ATTACHMENT
H



**SUPERIOR COURT OF CALIFORNIA,**
**COUNTY OF SAN BERNARDINO**
San Bernardino District
247 West 3rd St
San Bernardino, CA 92415
www.sb-court.org

# MINUTE ORDER

Case Number: MSB18016651                                    Date: 9/16/2019

Case Title: People of the State of California vs. QUINN SHINDA BASS

---

Department S20 - SBJC                  Date: 9/16/2019       Time: 8:30 AM       Pretrial

---

Charges:  VC12500(A)-M

---

Judicial Officer: Gregory S Tavill
Judicial Assistant: Sylvia Ramirez
Court Reporter: Deana Assad
Bailiff: T Snyder

**Appearances**
District Attorney Sheila Monjazeb present
Defendant present not in custody
**Pro Per

**Proceedings**
As to Count 001. VC12500(A)-M: No Operator License, a Disposition of Dismissal/Stricken - PC1385 Interest of
Justice is entered.

**Custody Status**
Case Custody - Released

== Minute Order Complete ==

ATTACHMENT
I



**SUPERIOR COURT OF CALIFORNIA**
**COUNTY OF SAN BERNARDINO**
San Bernardino District
247 West 3rd St
San Bernardino, CA 92415
www.sb-court.org

# PORTAL MINUTE ORDER

Case Number: FSB19001352                                        Date: 9/16/2019

Case Title: People of the State of California vs. QUINN SHINDA BASS

---

Department S20 - SBJC              Date: 9/16/2019      Time: 8:30 AM      Preliminary Hearing

---

Charges:  PC69-F, PC12022.7(A)-E, PC69-F, PC667.5(B)-E

---

Judicial Officer: Gregory S Tavill
Judicial Assistant: Sylvia Ramirez
Court Reporter: Deana Assad
Bailiff: T Snyder

## Appearances

District Attorney Sheila Monjazeb present
Defendant present not in custody
**Pro Per

## Proceedings

## Hearings

Arraignment on Information set for 9/30/2019 at 8:30 AM in Department S11 - SBJC
Defendant ordered to appear.

## Custody Status

== Minute Order Complete ==

ATTACHMENT J

CM-180

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*

Bass, Quinn D.B.A. QUINN SHINDA BASS
c/o P.O. BOX 166
HIGHLAND, CA 92346

TELEPHONE NO.:                              FAX NO. *(Optional):*
E-MAIL ADDRESS *(Optional):*
ATTORNEY FOR *(Name):* IN PROPRIA PERSONA

FOR COURT USE ONLY

F I L E D
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO
SAN BERNARDINO DISTRICT

SEP 18 2019

(COPY)

BY _____
                        DEPUTY

SUPERIOR COURT OF CALIFORNIA, COUNTY OF   SAN BERNARDINO
STREET ADDRESS: 247 W. THIRD ST
MAILING ADDRESS:
CITY AND ZIP CODE: SAN BERNARDINO, CA 92415
BRANCH NAME: SAN BERNARDINO

~~PLAINTIFF~~/PETITIONER: Bass, Quinn D.B.A QUINN S. BASS

~~DEFENDANT~~/RESPONDENT: THE PEOPLE OF THE STATE OF CALIFORNIA

**NOTICE OF STAY OF PROCEEDINGS**

CASE NUMBER:
FSB19001352
JUDGE: MAZUREK
DEPT.: S-11

**To the court and to all parties:**

1. Declarant *(name):* Bass, Quinn D.B.A. Q.S.BASS

   a. ☒ is ☒ the party ☐ the attorney for the party who requested or caused the stay.

   b. ☐ is ☐ the plaintiff or petitioner ☐ the attorney for the plaintiff or petitioner. The party who requested the stay
   has not appeared in this case or is not subject to the jurisdiction of this court.

2. This case is stayed as follows:

   a. ☐ With regard to all parties.

   b. ☐ With regard to the following parties *(specify by name and party designation):*

3. Reason for the stay:

   a. ☐ Automatic stay caused by a filing in another court. *(Attach a copy of the Notice of Commencement of Case, the
   bankruptcy petition, or other document showing that the stay is in effect, and showing the court, case number,
   debtor, and petitioners.)*

   b. ☐ Order of a federal court or of a higher California court. *(Attach a copy of the court order.)*

   c. ☐ Contractual arbitration under Code of Civil Procedure section 1281.4. *(Attach a copy of the order directing
   arbitration.)*

   d. ☐ Arbitration of attorney fees and costs under Business and Professions Code section 6201. *(Attach a copy of the
   client's request for arbitration showing filing and service.)*

   e. ☒ Other: PENDING NOTICE OF PROCEDURE FOR REMOVAL OF
   PROSECUTIONS PURSUANT TO 28 U.S.C. 1455(a)

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

Bass, Quinn D.B.A. Q.S. BASS
_____
(TYPE OR PRINT NAME OF DECLARANT)

► By: QB UCC 1-308 W.O.R.
WITHOUT
UNITED
STATES  /  (SIGNATURE)
            WITHOUT
            RECOURSE  /  SUI
                          JURIS

Page 1 of 1

**NOTICE OF STAY OF PROCEEDINGS**

Cal. Rules of Court, rule 3.850
www.courtinfo.ca.gov

26 OF 26

1  Bass, Quinn D.B.A. QUINN SHINDA BASS

2  c/o P.O. Box 166

3  Highland, Ca 92346

4  In Propria Persona

5  UNITED STATES DISTRICT COURT

6  CENTRAL DISTRICT OF CALIFORNIA RIVERSIDE

7

8  Bass, QUINN D.B.A. QUINN S. BASS          Case No.:

9  PETITIONER,

10  vs.                                      Notice of Request Three-Judge court pursuant to

11  THE PEOPLE OF THE STATE OF CALIFORNIA,

12  RESPONDENTS                              28 U.S. Code § 2284. Three-judge court; when required

13                                           composition; procedure

14

15

16  **TO THE CLERK IN THE ABOVE ENTITLED COURT:**

17

18       PLEASE TAKE NOTICE that pursuant to 28 U.S.C. SUBSECTION 2284 (A) (B), the Petitioner request

19  Three-Judge Court be lodged with NOTICE OF PROCEDURE FOR REMOVAL OF CRIMINAL

20  PROSECUTIONS PURSUANT TO 28 U.S.C. SUBSECTION 1455 (A), (SUPERIOR COURT CASE#

21  FSB19001352), as well as lodge a request for a Court Ordered Protective Order/Injunction pursuant to U.S. Code

22  Rule 28a. Take further Notice that Petitioner moving Court to Provide Co-Counsel pursuant to 18 U.S.C.

23  SUBSECTION 3006A in the above entitled case.

24

25  Wherefore, Petitioner Bass, Quinn D.B.A. QUINN S. BASS prays that these Request are granted by the UNITED

26  STATES DISTRICT COURT CENTRAL DISTRICT OF RIVERSIDE.

27  DATE: 19 SEPT. 2019          x By: Q Ba UCC 1-308 W.O.P.
                                   WITHOUT UNITED STATES/WITHOUT   Sui
28  28 U.S. CODE § 2284. THREE-JUDGE COURT; WHEN REQUIRED COMPOSITION; PROCEDURE /1   RECOURSE  Juri

1

**PROOF OF SERVICE BY MAIL**

2

On _18 SEPT. 2019_, I served the documents described as:
(date of mailing)

3

4

1.      Application for Entry of Default / 19 SEPT. 2019

5

2.      Declaration of Plaintiff / 19 SEPT. 2019

6

3. NOTICE OF PROCEDURE FOR REMOVAL OF CRIMINAL PROSECUTIONS
PURSUANT TO 28 U.S.C. § 1455(a) / 18 SEPT. 2019  4. NOTICE OF
ERRATA

7

(3. SERVED 18 SEPT 2019)      (list the names of any other documents you are mailing)

8

SAN BERNARDINO COUNTY DISTRICT ATTORNEY OFFICE / 303
                              (3. SERVED 18 SEPT. 2019)

9

WEST 3RD ST 92415, SUPERIOR COURT OF CA. SAN BERNARDINO

10

DISTRICT / 247 W. 3RD ST 92415, HEIDI K. WILLIAMS, S.B.P.D.,

11

HAYES TOWING INC.,

12

on all interested parties in this action by placing a true and correct copy thereof in

13

a sealed envelope, with first-class postage prepaid thereon, and deposited said

14

envelope in the United States mail at or in (PERSON)  SAN BERNARDINO,
                                            (city and state of mailing)   PERSONAL

15

addressed to: SAN BERNARDINO                                    SERVICE
COUNTY COUNSEL OFFICE        HAYES TOWING INC.

16

HEIDI K. WILLIAMS  (name)                          (name)

17

385 N. ARROWHEAD AVE (address)  5486 N. INDUSTRIAL PKWY (address)

18

4th FLOOR SAN BERNARDINO, CA 92415 (address)  SAN BERNARDINO, CA 92407 (address)

19

(address)                                          (address)

20

S.B.P.D. / 710 N. D ST SAN BERNARDINO CA 92401

21

I declare under penalty of perjury that the foregoing is true and correct.

22

23

Executed on _19 SEPT. 2019_ at _SAN BERNARDINO CA_
             (date)              (city and state of signing)

24

By: Q Bass UCC 1-308 W.O.P. / WITHOUT / WITHOUT
    (sign)                        UNITED STATES  RECOURSE

25

26

Bass, Quinn D.B.A. QUINN. S. BASS
(print name)

27

28

Page Number