

## United States District Court
### Central District of California
### Office of the Clerk

**Kiry K. Gray**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Cristina M. Squieri Bullock**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Sara Tse Soo Hoo**
Chief Deputy of Operations
255 East Temple Street, Suite TS-134
Los Angeles, CA 90012

September 30, 2019

San Bernardino County
Superior Court
247 West 3rd
San Bernardino, CA  92416

Re: Case Number: EDCR 19-00321 DSF
Previously Superior Court Case No.: FSB19001352
Case Name: USA v. Quinn Bass

Dear Sir/Madam:

Pursuant to this Court's ORDER OF REMAND issued on 09/27/2019, the above-referenced case is hereby remanded to your jurisdiction.

Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to the location shown below.  Thank you for your cooperation.

☐ United States Courthouse
255 East Temple St., Suite TS-134
Los Angeles, CA 90012

☐ United States Courthouse
411 West Fourth St., Room 1053
Santa Ana, CA 92701-4516

☐ United States Courthouse
3470 Twelfth St., Room 134
Riverside, CA 92501

Respectfully,

Clerk, U. S. District Court

By: /s/ J. Lam (Jenny_Lam@cacd.uscourts.gov)
Deputy Clerk

*Encls.*
*cc: Counsel of record*

Receipt is acknowledged of the documents described above.

Clerk, Superior Court

By: _____
Deputy Clerk

Date

(G-17 1/19)                **LETTER OF TRANSMITTAL - REMAND TO SUPERIOR COURT**